IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | CIVIL ACTION NO. 1:18-CV-405 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN BRUNELLE and** | : | |
| **PROSYSTEMS INTEGRATION, LLC,** | : | |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 26th day of February, 2019, upon consideration of defendants' motion (Doc. 9) to dismiss the complaint for lack of personal jurisdiction, and the parties' respective briefs in support of and opposition to said motion, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 9) to dismiss is GRANTED in part, DEFERRED in part, and DENIED in part as follows:

    a. The motion is GRANTED with respect to general personal jurisdiction as to both defendants on all counts.

    b. The motion is DEFERRED pending jurisdictional discovery as to specific personal jurisdiction over defendant John Brunelle on Counts II through IV, and over defendant ProSystems Integration, LLC ("ProSystems"), on Counts II and III.

    c. The motion is DENIED as to Count I against ProSystems.

2. The parties are granted until **Friday, May 17, 2019**, to conduct discovery limited to the jurisdictional issues delineated in the court's memorandum opinion of today's date.

3.       In light of paragraphs 1 and 2 above, ProSystems' obligation to respond to Count I of plaintiff's complaint (Doc. 1) is STAYED pending further order of court.

4.       The following supplemental briefing schedule shall follow the close of the jurisdictional discovery period:

    a.     Plaintiff shall file a supplemental brief in opposition to defendants' motion (Doc. 9) to dismiss for lack of personal jurisdiction within fourteen (14) days after the close of jurisdictional discovery.

    b.     Defendants shall file a supplemental brief in reply within fourteen (14) days after the filing of plaintiff's supplemental brief.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania