# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRAHAM ENGINEERING CORP.,** | : | CIVIL ACTION NO. 1:18-CV-405 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN BRUNELLE and** | : | |
| **PROSYSTEMS INTEGRATION, LLC,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of January, 2020, upon consideration of defendants' motion (Doc. 9) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2), and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 9) to dismiss is GRANTED in part and DENIED in part, as follows:

    a. Defendants' motion is GRANTED to the extent that we find that this court lacks personal jurisdiction over defendants as to Counts II and III.

    b. Count II as to both defendants and Count III as to ProSystems are DISMISSED without prejudice.

    c. Count III as to defendant John Brunelle is SEVERED and shall be TRANSFERRED to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. § 1631.

    d. Defendants' motion is DENIED in all other respects.

2. The parties shall proceed in accordance with today's opinion, this court's February 26, 2019 opinion, and the Federal Rules of Civil Procedure.

/S/ C<span>HRISTOPHER</span> C. C<span>ONNER</span>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania